## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Joel C. PETTEWAY, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7314.

United States Court of Appeals, Federal Circuit.

Jan. 4, 2008.

ON MOTION

*ORDER*

Upon consideration of Joel C. Petteway's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

**Thomas E. O'CONNELL, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7283.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).